UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

United States of America,           )
                                         )
                 Plaintiff,      )
                                         )
     v.                          )  Civil No. 2:19-cv-00769-LA
                                         )
James K. Lee,                 )
                                         )
                 Defendant    )

### Agreed Judgment

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the

United States and against defendant James K. Lee, as a penalty for failure to timely file a

Report of Foreign Bank and Financial Accounts for the 2009, 2010, and 2011 years, the

sum of $1,258,923.45, (which includes a late-payment penalty of $59,060.62, in addition

to the FBAR penalty assessment of $1,056,791, and pre-judgment interest of

$143,071.83), plus accrued pre-judgment interest on the FBAR penalty assessment as

provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C.

§3717(e)(2) from and after March 3, 2020, and to the date of entry of this judgment. Post-

judgment interest on the FBAR penalty assessment shall accrue pursuant to 28 U.S.C. §

1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. §

3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

Dated: _____, 2020


_____
Lynn Adelman
UNITED STATES DISTRICT JUDGE


AGREED:



Dated: July 21, 2020                    s/Michael R. Pahl
                                        Michael R. Pahl
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 514-6488
                                        Email: michael.r.pahl@usdoj.gov

                                        Attorney for the United States




Dated: July 21, 2020                    s/Robert M. Romashko
                                        Robert M. Romashko
                                        Husch Blackwell LLP
                                        555 East Wells Street, Suite 1900
                                        Milwaukee, WI 53202-3819
                                        312-662-4665
                                        robert.romashko@huschblackwell.com

                                        Attorney for James K. Lee